MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

PATRICIA SPALETTA (CABN 156788)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone: (415) 552-6031
   Facsimile: (415) 436-7234
   Patricia.Spaletta@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0835 RS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | |
| BAYRON OSEGUERA-ARTEAGA,<br>   a/k/a Bayron J. Aretaga, | |
| Defendant. | |

     The parties appeared before the Court on November 23, 2010.  With the agreement of counsel for both parties, the Court found and held as follows:

     1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from November 23, 2010 to December 14, 2010, in light of the need for the defense review discovery and consider a plea offer.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation of

1 counsel, taking into account the exercise of due diligence.

2    2. Given these circumstances, the Court found that the ends of justice served by excluding the period from November 23, 2010 to December 14, 2010, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

   3. Accordingly, and with the consent of the defendant, the Court ordered that the period from November 23, 2010 to December 14, 2010, be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED:

                      MELINDA HAAG
                      United States Attorney

DATED: November 29, 2010           /s/
                      PATRICIA SPALETTA
                      Special Assistant United States Attorney

DATED: November 29, 2010           /s/
                      DANIEL BLANK
                      Assistant Federal Public Defender

SO ORDERED.

DATED: 11/29/10

                      THE HON. RICHARD SEEBORG
                      United States District Judge